[No. 2,945.]

## JESSIE L. WETMORE *v.* THE CITY OF SAN FRANCISCO.

CHANGING POSITION OF CAUSE ON CALENDAR.—The position of a cause on the calendar will not be changed to a different day from that on which it is set by the Clerk, whether upon stipulation or motion, except for good cause shown.

APPEAL from the District Court of the Twelfth Judicial District, City and County of San Francisco.

The attorneys for the parties stipulated that the cause be placed at the foot of the calendar for the term.

*W. H. Patterson* and *B. S. Brooks*, for Appellant.

*John B. Felton*, for Respondent.

By the Court, RHODES, J.:

Motion to change the place of a cause on the calendar.

The position of a cause on the calendar will not be changed to a different day from that on which it is set by the Clerk, whether upon the stipulation of the parties or on the motion of either party, *except upon good cause shown.*

Motion denied.